EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re: <br><br> Juan Delgado Rivera | 2021 TSPR 49 <br><br> 206 DPR _____ |

Número del Caso:  TS-9,972


Fecha:  14 de abril de 2021


Abogada de la parte peticionaria:

   Lcda. Daisy Calcaño López




Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan Delgado Rivera                TS-9,972

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de abril de 2021.

Examinada la *Solicitud de reinstalación al ejercicio de la abogacía* que presentó el peticionario, se ordena la reinstalación del Lcdo. Juan Delgado Rivera al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina